UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| KEVIN PHELAN, et al., | No. C 12-00465 LB |
| Plaintiffs, | **ORDER SETTING FURTHER CASE MANAGEMENT CONFERENCE FOR NOVEMBER 15, 2012** |
| v. | |
| DINA HOLDER, et al., | [Re: ECF No. 34] |
| Defendants. | |

On September 17, 2012, the parties filed a Joint Supplemental Case Management Chart. Chart, ECF No. 34. This chart describes a plethora of case management and discovery disputes. *See id.* To discuss these case management and discovery disputes, as well as the possible consolidation of this action and a second, related action (*Phelan, et al. v. Brentwood Union School District, et al.*, No. C12-04917 LB), the court **SETS** a Further Case Management Conference for November 15, 2012 at 10:30 a.m. The parties **SHALL** file a Joint Case Management Statement by November 8, 2012 that discusses the issues described in their chart, in light of the two cases being related.

In addition, the parties are **ORDERED** to e-mail a WordPerfect or Microsoft Word version of the Joint Supplemental Case Management Chart (ECF No. 34) to the court's proposed orders inbox (lbpo@cand.uscourts.gov) no later than November 5, 2012.

///

///

C 12-00465 LB
ORDER

1  **IT IS SO ORDERED.**

2  Dated: November 1, 2012

_____
LAUREL BEELER
United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

C 12-00465 LB
ORDER

2