UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| KEVIN PHELAN, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>BRENTWOOD UNION SCHOOL DISTRICT, et al.,<br><br>        Defendant.<br>_____/ | No. C 12-00465 LB<br><br>**ORDER REGARDING CONSOLIDATION OF *PHELAN I* AND *PHELAN II*** |

On November 15, 2012, the court approved the parties' stipulation to consolidate *Phelan, et al. v. Brentwood Union School Dist., et al.*, No. C12-00465 LB ("*Phelan I*") and *Phelan, et al. v. Brentwood Union School Dist., et al.*, No. C12-004917 LB ("*Phelan II*"). *Phelan I*, Stipulation to Consolidate and Order, ECF No. 46.

As discussed at the November 15, 2012 Further Case Management Conference, Plaintiffs' counsel shall file an amended, consolidated complaint in *Phelan I* within 10 days from the date of this order. The consolidated complaint shall be the operative complaint and shall supercede all previous complaints in *Phelan I* and *Phelan II*. Defendants shall answer the consolidated complaint within 10 days of being served with it. All subsequent filings shall be made only in *Phelan I*. Further, in light of the consolidation, the Clerk of the Court shall administratively close the file for *Phelan II*.

In addition, the following case management dates and deadlines shall apply to *Phelan I* going

forward:

| Case Event | Filing Date/Disclosure Deadline/Hearing Date |
|---|---|
| Updated Joint Case Management Conference Statement | 1/24/2013 |
| Further Case Management Conference | 1/31/2013 at 10:30 a.m. |
| ADR completion date | 1/24/2013 |
| Non-expert discovery completion date | 3/8/2013 |
| Expert disclosures required by Federal Rules of Civil Procedure | 3/22/2013 |
| Rebuttal expert disclosures | 3/29/2013 |
| Expert discovery completion date | 4/12/2013 |
| Last hearing date for dispositive motions and/or further case management conference | 4/4/2013, at 11:00 a.m. |
| Meet and confer re pretrial filings | 4/16/2013 |
| Pretrial filings due | 4/25/2013 |
| Oppositions, Objections, Exhibits, and Depo Designations due | 5/2/2013 |
| Final Pretrial Conference | 5/16/2013, at 10:30 a.m. |
| Trial | 5/28/2013, at 8:30 a.m. |
| Length of Trial | 10 days |

As for the remaining discovery disputes, the parties are **ORDERED** to comply with the undersigned's standing order and, if they are not able to resolve them after meeting and conferring in person, they may submit joint discovery letters (which need not be on pleading paper).

**IT IS SO ORDERED**.

Dated: November 15, 2012

_____
LAUREL BEELER
United States Magistrate Judge

C 12-00465 LB
ORDER RE: CONSOLIDATION

2